NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-463 and 06-584

SHAUNN CAILLIER McCORVEY

VERSUS

DERRIEL C. McCORVEY

**********

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 02-C-2619-D
HONORABLE DONALD W. HEBERT, DISTRICT JUDGE

**********

MICHAEL G. SULLIVAN
JUDGE

**********

Court composed of Jimmie C. Peters, Marc T. Amy, and Michael G. Sullivan, Judges.

APPEAL DISMISSED.

Alex L. Andrus, III
Guglielmo, Lopez, Tuttle, Hunter & Jarrell, LLP
Post Office Drawer 1329
Opelousas, Louisiana  70571-1329
(337) 948-8201
Counsel for Plaintiff/Appellee:
    Shaunn Caillier McCorvey

Derriel Carlton McCorvey
Attorney at Law
Post Office Box 2473
Lafayette, Louisiana  70502
(337) 291-2431
Counsel for Defendant/Appellant:
    Derriel Carlton McCorvey